# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

DATE: <u>November 8, 2005</u>

DIGITAL RECORDING: <u>10:18 a.m. - 10:19 a.m.</u>

☐     **INITIAL APPEARANCE:**
☐     **BOND HEARING**                             Case continued for service
☐     **DETENTION HEARING**                       Hearing not held
☐     **REMOVAL HEARING (R.40)**              Case continued to next docket
☐     **ARRAIGNMENT**
☐     **ARRAIGNMENT on SUPERSEDING INDICTMENT**
☐     **PRELIMINARY EXAMINATION**

PRESIDING MAG. JUDGE *CHARLES S. COODY*       DEPUTY CLERK: *WANDA STINSON*

CASE NUMBER: *2:05PO253-CSC*             DEFT. NAME: <u>KEITH WALKER</u>

USA:    <u>CAPT. NEAL FRAIZER</u>              ATTY:_____
                                              **Type Counsel:** ( ) Retained; ( ) Panel CJA; ( ) Waived;
                                              ( ) CDO   ( )   Stand In ONLY_____

USPTSO:_____             USPO:    _____

Defendant _____ _does ___√___ does NOT need an interpreter

Interpreter present __√__NO _____ YES     NAME:_____

---

☐kars.         Date of Arrest _____ or      ☐ karsr40
☐kia.           Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator
☐kcnsl.        Deft. First Appearance with Counsel
☐                 Deft. First Appearance without Counsel
☐                 Requests appointed Counsel
☐kfinaff.       Financial Affidavit executed ☐ to be obtained by PTSO
☐koappted     ORDER appointing Community Defender Organization
☐k20appt.     Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐                 Deft. Advises he will retain counsel. Has retained _____
☐kgm.         ☐ Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
                ☐Government's WRITTEN Motion for Detention Hrg. filed
☐kdmhrg.     Detention Hearing ☐ held; ☐ set for _____ at _____
☐kotempdtn.    ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☐kodtn.        ORDER OF DETENTION PENDING TRIAL entered
☐kocondrls.    Release order entered. Deft. advised of conditions of release
☐kbnd.        ☐BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
                ☐BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
☐kloc.(LC)    Bond not executed. Deft to remain in Marshal's custody
☐ko.           Deft. ORDERED REMOVED to originating district
☐kwvprl.     Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing)
☐                 Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
☐karr.         ARRAIGNMENT SET FOR:_____ ☐ HELD. Plea of NOT GUILTY entered. ☐Set for_____
                Trial Term
                POC DATE:_____ PRETRIAL CONFERENCE DATE: _____
                DISCOVERY DISCLOSURES DATE: _____
☐krmknn.    NOTICE to retained Criminal Defense Attorney handed to Counsel
☐krmvhrg.    Identity/Removal Hearing set for _____
☐kwvspt     **Waiver of Speedy Trial Act Rights Executed**