IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO.:   2:05-PO-253-CSC |
| | ) | |
| KEVIN WALKER | ) | |

**ORDER**

Upon consideration of the Government's oral motion to continue arraignment, and for good cause, it is

**ORDERED** that the motion be and is hereby **GRANTED**. The arraignment hearing previously set for November 8, 2005 is hereby **CONTINUED** to **December 21, 2005, at 10:00 a.m.**, before U.S. Magistrate Judge Vanzetta P. McPherson in courtroom 5-A, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama..

Done this 9th day of November, 2005.

　　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE