IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:05CR253-CSC |
| | ) |
| KEVIN WALKER | ) |

## MOTION TO WITHDRAW AND SUBSTITUTE

**COMES NOW Neal B. Frazier** and enters the withdrawal of Jacqueline M. Stingl as government counsel in the above-captioned case. Ms. Stingl has been reassigned to other duties and will no longer be representing the government in this matter. I, Neal B. Frazier, will be the designated government representative on which service may be made.

Respectfully submitted this 16th day of November, 2005.

_____
NEAL B. FRAZIER
Special Assistant United States Attorney
HQ AU/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
(334) 953-2786