IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR. NO. 2:05po253-C |
| ) | |
| KEVIN WALKER ) | |

**ORDER**

On November 18, 2005, Attorney Neal B. Frazier filed a motion to withdraw and substitute in this matter in which attorney Jacqueline M. Stingl seeks to withdraw from representation of the United States and attorney Frazier seeks to be substituted as counsel for the government. Upon consideration of the motion, and for good cause, it is

ORDERED that the motion to withdraw and substitute (doc. # 7) be and is hereby GRANTED.

Done this 22nd day of November, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE